**WILLIAMS v. UNITED STATES.**

No. 113, Docket 20391.

Circuit Court of Appeals, Second Circuit.

Dec. 26, 1946.

Writ of Certiorari Denied April 28, 1947.

See 67 S.Ct. 1203.

Edward L. Blackman, of New York City, for appellant.

John B. Creegan and John F. X. McGohey, U. S. Atty., both of New York City, for appellee.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

This case presents precisely the same question which we passed upon last May in Commissioner of Internal Revenue v. Bayne's Estate, 2 Cir., 155 F.2d 475. As the Supreme Court said in Commissioner of Internal Revenue v. Estate of Field, 324 U.S. 113, 116, 65 S.Ct. 511, 512, 89 L.Ed. 786, 159 A.L.R. 230: "It makes no difference how vested may be the remainder interests in the corpus or how remote or uncertain may be the decedent's reversionary interest."

Judgment affirmed.